James A. Dumas (SBN 76284)
Christian T. Kim (SBN 231017)
Miri K. Wakuta (SBN 269838)
DUMAS & ASSOCIATES
3435 Wilshire Boulevard
Suite 990
Los Angeles, California 90010
Phone: 213-368-5000
Fax: 213-368-5009

Attorneys for Plaintiff and Chapter 7 Trustee,
Carolyn A. Dye

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>FREMONT INVESTMENT HOLDINGS, INC,<br><br>Debtor. | Case No.: 2:11-bk-31045-PC<br><br>Adversary No.: 2:13-ap-01483-PC<br><br>[Chapter 7 Cases]<br><br>Honorable Peter Carroll<br><br>**REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS**<br><br>NO HEARING SCHEDULED |
| CAROLYN DYE, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS ROMAN, an individual,<br><br>Defendant. | |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Plaintiff, Carolyn A. Dye, Chapter 7 Trustee, hereby request that All-N-One Legal Support, registered California process servers, ("Process Servers"), be specially appointed to serve any Writ of Execution and/or Alias Writ of Execution in this action and represent that:

1. Process Servers are competent and not less than eighteen (18) years of age.

2. Process Servers are not and will not be parties to this action.

3. Process Servers are California process servers duly registered in all counties in California.

4. Granting this request will effect substantial savings in time and travel fees of the United States Marshal, who shall remain the levying officer pursuant to Local Rules.

5. Notice of this request pursuant to F.R.Bankr.P. Rule 7005 may result in defendant concealing its assets and thereby rendering collection of the judgment amount difficult.

Date: October 24, 2013

RESPECTFULLY SUBMITTED,

DUMAS & ASSOCIATES

By: _____
Miri K. Wakuta,
Attorneys for Carolyn A. Dye, Chapter 7 Trustee